H. C. MINER LITHOGRAPHING CO. v. MITTENTHAL BROS. AMUSEMENT CO.

(Supreme Court, Appellate Term. December 22, 1909.)

SALES (§ 82*)—PAYMENT—TIME—DELIVERY.

Where the contract specified no time of payment or of delivery of the goods, payment is due when the goods are completed and ready for delivery.

[Ed. Note.—For other cases, see Sales, Cent. Dig. § 230; Dec. Dig. § 82.*]

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the H. C. Miner Lithographing Company against the Mittenthal Bros. Amusement Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before GIEGERICH, GOFF, and LEHMAN, JJ.

Leon Laski, for appellant.

James A. Sheehan, for respondent.

GIEGERICH, J. The action is brought to recover the balance due for printing certain advertising bills of a play. Part of them were received and paid for by the defendant at various times from 1904 to 1909. The balance is in the hands of the plaintiff subject to the defendant's order. When the printing was ordered, no time was stated within which it was to be used and paid for, and for this reason the defendant moved to dismiss the complaint; and this is the sole ground urged on this appeal.

The rule is that, when a contract specifies no time of payment and no time for delivery, payment is due as soon as the one contracting to furnish the goods has them completed and ready for delivery. Smack v. Cathedral of the Incarnation, 31 App. Div. 559, 52 N. Y. Supp. 168.

The judgment should be affirmed, with costs.

GOFF, J., concurs.

LEHMAN, J. I concur on the ground that the record shows no custom that theatrical printing shall be paid for only when used.